**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
In The Court of Appeals

The State, Respondent,

v.

Carmichael Arvel Glenn, Appellant.

Appellate Case No. 2011-188248

---

Appeal From Lee County
R. Knox McMahon, Circuit Court Judge

---

Unpublished Opinion No. 2013-UP-436
Heard November 7, 2013 – Filed November 27, 2013

---

**AFFIRMED**

---

Appellate Defender Breen Richard Stevens, of
Orangeburg, and Appellate Defender Benjamin John
Tripp, of Columbia, for Appellant.

Attorney General Alan McCrory Wilson and Assistant
Deputy Attorney General David Spencer, both of
Columbia, for Respondent.

---

**PER CURIAM:** Carmichael Glenn appeals his conviction for trafficking between ten and twenty-eight grams of crack cocaine, arguing the trial court erred in finding probable cause existed to initiate the traffic stop of the vehicle in which Glenn was

a passenger.  We affirm pursuant to Rule 220(b), SCACR, and the following authorities:  *State v. Provet*, 405 S.C. 101, 107, 747 S.E.2d 453, 456 (2013) ("South Carolina appellate courts review Fourth Amendment determinations under a clear error standard. We affirm if there is any evidence to support the trial court's ruling."); *State v. Burgess,* 394 S.C. 407, 412, 714 S.E.2d 917, 919 (Ct. App. 2011) (holding the decision to stop an automobile is reasonable where the police have probable cause to believe that a traffic violation has occurred).

**AFFIRMED.**

**HUFF, GEATHERS, and LOCKEMY, JJ., concur.**